UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | No. 3:06-CR-55 |
| V. ) | (JARVIS/SHIRLEY) |
| ) | |
| ) | |
| ) | |
| VICENTE MIGUEL-VELASCO ) | |

ORDER OF DETENTION PENDING TRIAL

This matter came before the undersigned for an Initial Appearance and Arraignment on May 3, 2006. Assistant United States Attorney J. Edgar Schmutzer was present representing the government. Elizabeth B. Ford, Federal Defender Services, was present representing the defendant. Teresa Salazar participated by telephone as a Spanish interpreter for the defendant. The government moved for detention and advised that the Bureau of Immigration Customs Enforcement is placing a detainer against the defendant pursuant to § 3142(f)(2).

Both the defendant's attorney and the government's attorney agreed this situation constitutes good cause under 18 U.S.C. § 3142(f)(2), and the Court agreed. Therefore the detention hearing is continued indefinitely. Until that time, the defendant will remain in detention. The defendant acknowledged that he understood that he will remain in detention.

The defendant has been informed that a prompt hearing would be scheduled

if he becomes eligible and requests a detention hearing. Accordingly, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

**ENTER:**

s/ H. Bruce Guyton
UNITED STATES MAGISTRATE JUDGE