UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | No. 3:06-CR-55 |
| V. | ) | (JARVIS/SHIRLEY) |
| | ) | |
| VICENTE MIGUEL-VELASCO | ) | |

ORDER

There is reason to believe that the defendant, **Vicente Miguel-Velasco,** is a citizen of The Republic of Mexico. The defendant was advised that, under the international treaty obligations of the United States, the United States is required to notify the appropriate consular officials of the defendant's arrest and detention upon request of the defendant. The United States Attorney is directed to notify the appropriate consular officials of the defendant's arrest and detention, if the defendant so requests.

**IT IS SO ORDERED.**

    **ENTER:**

        s/ H. Bruce Guyton
        UNITED STATES MAGISTRATE JUDGE